IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LEROY WESTON SMITH TUCKER,**

    **Plaintiff,**

v.                                      **CASE NO. 4:12-cv-3-MW-CAS**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

    **Defendant.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation (ECF No. 24) filed October 29, 2012. The Court has also reviewed *de novo* Plaintiff's Objections to the Report and Recommendation (ECF No. 25) filed November 12, 2012. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion.

SO ORDERED on January 4, 2013.

                                                      s/Mark E. Walker
                                                      United States District Judge